IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,           )<br>                                                    )<br>            Plaintiff,                       )<br>                                                    )<br> vs.                                              )<br>                                                    )<br> Domingo Sixtos,                      )<br>                                                    )<br>            Defendant/Movant.     )<br>_____) | CR 05-0397-PHX-MHM<br>CV 05-2965-PHX-MHM (JM)<br><br>**ORDER** |

Petitioner has filed a pro se Amended Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 ("Motion") (Dkt. #27). The matter was referred to Magistrate Judge Jacqueline Marshall who has issued a Report and Recommendation which recommends denying the Motion (Dkt. #29). Petitioner has not filed written objections to the Report and Recommendation.

**STANDARD OF REVIEW**

The district court must review the Magistrate Judge's findings and recommendations de novo if objection is made but not otherwise. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003)(en banc). See 28 U.S.C. § 636(b)(1)(C)("[a] judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made").

## DISCUSSION

On September 6, 2005, the Court sentenced Petitioner to sixty-five months imprisonment and three years supervised release, and a $100 special assessment. Petitioner has asserted claims of ineffective assistance of counsel. Petitioner claims that his motion should be granted for the following reasons: (1) Petitioner had ineffective assistance of counsel because counsel failed to object to the use of the now advisory guidelines; (2) Petitioner had ineffective assistance of counsel because counsel did not object to the pre-sentence investigation report; (3) Petitioner's pre-sentence report overstated his criminal history and his counsel did not object; and (4) Petitioner's plea agreement was at the high end of the guideline and his lawyer "should have tried for a way better deal that was in my best interest, instead of the government's interest." The Magistrate Judge has recommended that the Motion be denied because Plaintiff has not met the standards required to prove his assertions of ineffective assistance of counsel. The Court agrees.

**Accordingly**,

**IT IS ORDERED** adopting the Magistrate Judge's Report and Recommendation (Dkt. #27) in its entirety as the Order of the Court;

**IT IS FURTHER ORDERED** that Petitioner's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence (Dkt. #27) is denied.

DATED this 10th day of January, 2007.

_____
Mary H. Murguia
United States District Judge